NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SAP AMERICA, INC.,**
*Plaintiff-Appellee*

**v.**

**INVESTPIC LLC,**
*Defendant-Appellant*

———————————

2019-1338

———————————

Appeal from the United States District Court for the Northern District of Texas in No. 3:16-cv-02689-K, Judge Ed Kinkeade.

———————————

**JUDGMENT**

———————————

KATHERINE VIDAL, Winston & Strawn LLP, Menlo Park, CA, argued for plaintiff-appellee. Also represented by MICHAEL A. BITTNER, THOMAS M. MELSHEIMER, Dallas, TX; SEAN H. SUBER, Chicago, IL; JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR.

CHRISTOPHER LIIMATAINEN EVANS, Shore Chan DePumpo LLP, Dallas, TX, argued for defendant-appellant. Also represented by MICHAEL W. SHORE, ALFONSO CHAN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2019          /s/ Peter R. Marksteiner
Date          Peter R. Marksteiner
          Clerk of Court